```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 45519
    DONALD POWERS
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-5441


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 10/07/2005 and was confirmed 12/01/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 01/12/2009.
-------------------------------------------------------------------------------
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHRYSLER FINANCIAL SVC A | SECURED | 16357.26 | 2677.81 | 16357.26 |
| US BANK NATIONAL ASSOCIA | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NATIONAL ASSOCIA | MORTGAGE ARRE | 7689.56 | .00 | 7689.56 |
| NATIONWIDE COMMERCIAL LP | SECURED NOT I | NOT FILED | .00 | .00 |
| EARTH MOVERS C U | UNSEC W/INTER | 1286.01 | 267.53 | 1286.01 |
| IC SYSTEM | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MED BUSINESS BUR | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSEC W/INTER | 788.71 | 207.20 | 788.71 |
| RX ACQUISITIONS LLC | UNSEC W/INTER | 30.40 | 6.29 | 30.40 |
| RX ACQUISITIONS LLC | UNSEC W/INTER | 30.87 | 6.30 | 30.87 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 1,655.20 | | 1,655.20 |
| TOM VAUGHN | TRUSTEE | | | 2,111.61 |
| DEBTOR REFUND | REFUND | | | 221.25 |

```
      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              33,336.00

PRIORITY                                          .00
SECURED                                     24,046.82
    INTEREST                                 2,677.81
UNSECURED                                    2,135.99
    INTEREST                                   487.32
ADMINISTRATIVE                               1,655.20
TRUSTEE COMPENSATION                         2,111.61
DEBTOR REFUND                                  221.25
                    ---------------     ---------------
TOTALS               33,336.00              33,336.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
Dated: 03/10/09                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE














                          PAGE   2
        CASE NO. 05 B 45519 DONALD POWERS